## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DAVID WILLIAMS                                                        PLAINTIFF
ADC #78730

V.                      NO: 5:13CV00389 JLH/HDY

CORIZON INC. *et al*.                                          DEFENDANTS

## ORDER

Plaintiff filed this complaint on December 23, 2013, and service was ordered. Service efforts for Defendant Jennifer McBride have been unsuccessful in the care of counsel for the prison's medical contractor (docket entry #22), and at her last known address (docket entry #38). Plaintiff has now provided a possible address for McBride (docket entry #37). Accordingly, service will be attempted there.

IT IS THEREFORE ORDERED THAT service is appropriate for McBride, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon her, at the address Plaintiff has provided, without prepayment of fees and costs or security therefor.

DATED this __16__ day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE