**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID WILLIAMS                                                              PLAINTIFF
ADC #78730

v.                                    NO. 5:13CV00389 JLH/HDY

CORIZON INC., *et al*.                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After

careful consideration, the Court concludes that the Proposed Findings and Partial Recommended

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings

in all respects.

IT IS THEREFORE ORDERED THAT the motion to dismiss filed by defendants Corizon

Inc., Michael Person, Renee Fallhowe, Ojiugo Iko, and Deborah York is DENIED.  Document #32.

DATED this 8th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE