### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DAVID WILLIAMS                                                                                                PLAINTIFF
ADC #78730

v.                                      NO. 5:13CV00389 JLH/HDY

CORIZON LLC, *et al*.                                                                                    DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for a preliminary injunction is DENIED. Document #68.

DATED this 17th day of September, 2014.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE