**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID WILLIAMS                                                                          PLAINTIFF
ADC #78730

v.                                                    NO. 5:13CV00389 JLH

CORIZON LLC *et al.*                                                          DEFENDANTS

## ORDER

   The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

   IT IS THEREFORE ORDERED THAT:

   1. Defendants' motions for summary judgment (docket entries #84 & #87) are GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

   2. Plaintiff's motion for a preliminary injunction (docket entry #82), and his counter motions for summary judgment (docket entries #93 & #94), are DENIED.

   3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

   DATED this 25th day of February, 2015.

            *J. Leon Holmes*
            _____
            UNITED STATES DISTRICT JUDGE