**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DAVID WILLIAMS                                                                    PLAINTIFF
ADC #78730

v.                                              NO. 5:13CV00389 JLH

CORIZON LLC *et al*.                                                          DEFENDANTS

<u>**JUDGMENT**</u>

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from

the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE